UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

REBECCA MASTRO,

                                        Plaintiff,              ORDER

-vs-

                                                                20-CV-6003 CJS

RAP SUCCESS SYSTEMS, INC., *et al.*,

                                        Defendants.

---

The parties having filed a joint letter motion to approve the settlement agreement (Docket No. [#35]) in this action brought pursuant to the Fair Labor Standards Act ("FLSA"), and it appearing that the Settlement Agreement (Docket No. [#35-1]) reached by the parties represents a fair and equitable resolution of this action,[1] it is hereby

ORDERED, that the joint motion for approval of the settlement of Plaintiff's FLSA claims [#35] is granted. Plaintiff's claims against Defendants are hereby dismissed in their entirety with prejudice, in accordance with the terms of the Settlement Agreement and Rule 41(a)(2) of the Federal Rules of Civil Procedure. This dismissal is without costs, attorneys' fees, penalties, expenses or disbursements to any party as against another, except to the extent that the Settlement Agreement expressly provides for the payment of such amounts. The Clerk of Court is directed to close this case.

Dated:        February 25, 2022
                Rochester, New York

                                                        ENTER:

                                                        /s/ Charles Siragusa
                                                       CHARLES J. SIRAGUSA
                                                       United States District Judge

---

[1] *See Moton v. Maplebear Inc.*, No. 15 CIV. 8879 (CM), 2016 WL 616343, at *6 (S.D.N.Y. Feb. 9, 2016) (Observing that in *Cheeks v. Freeport Pancake House Inc.*, 796 F.3d 199 (2d CIR. 2015) the Second Circuit held that "that any settlement of [and FLSA] claim must be court-approved.")